**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **HAYLI COURTOIS,** ) | Civil Action No. 3:22-CV-01249-VDO |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **CENTRAL CONNECTICUT STATE** ) | |
| **UNIVERSITY,** ) | |
| ) | |
| Defendant ) | NOVEMBER 8, 2023 |

### MOTION FOR MORE DEFINITE STATEMENT AND/OR MOTION TO STRIKE IMMATERIAL ALLEGATIONS

Pursuant to Fed. R. Civ. Proc. § 12(e) and (f), the defendant, Central Connecticut State University, hereby moves for a more definite statement and/or moves to strike certain allegations of the plaintiff's amended complaint. Specifically, the defendant submits that paragraphs 12-23 and 28-29 of the plaintiff's October 11, 2023, amended complaint address policies, procedures and other facts pertaining to pre-assault conduct, which alleged conduct was dismissed by the Court, by way of ruling by *Dooley, J.*, on September 26, 2023. The allegations contained within these paragraphs are immaterial and impertinent to the allegations of post-assault conduct, which allegations survived the Defendant's motion to dismiss upon the filing of an amended complaint by the plaintiff. As such, any allegations of pre-assault conduct should be removed from Plaintiff's complaint. For the reasons set forth herein, the Defendant, Central Connecticut State University, moves for a more definite statement and/or moves to strike the allegations contained in paragraphs 12-23 and 28-29 of the plaintiff's amended complaint as said paragraphs allege pre-assault conduct.

THE DEFENDANT

CENTRAL CONNECTICUT STATE UNIVERSITY

WILLIAM TONG
ATTORNEY GENERAL

BY: */s/ Sheila J. Hall*
Sheila J. Hall
Assistant Attorney General
Federal Bar No. ct22566
General Litigation Department
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
Tel.: (860) 808-5160
Fax: (860) 808-5084
Email: sheila.hall@ct.gov

## **CERTIFICATION**

I hereby certify that on November 8, 2023, a copy of the foregoing *Motion for More Definite Statement and/or Motion to Strike* was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.

*s/ Sheila J. Hall*
Sheila J. Hall
Assistant Attorney General
Federal Bar No. ct22566
General Litigation Department
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
Tel.: (860) 808-5160
Fax: (860) 808-5084
Email: sheila.hall@ct.gov
