Civil- (Dec-2008)

HONORABLE: Vernon D. Oliver

DEPUTY CLERK _____  RPTR/ECRO/TAPE Corinne Thomas

TOTAL TIME: _____ hours  23  minutes

DATE: 2-6-2024   START TIME: 10:12   END TIME: 10:35

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:22-cv-01249-VDO

| Hayli Courtois | David R. Kritzman |
|---|---|
| | Plaintiff's Counsel |
| vs | Shapiro, Hall, O'Connell |
| Central Connecticut State University | Defendant's Counsel |

## COURTROOM MINUTES- CIVIL

☐ Motion hearing        ☐ Show Cause Hearing
☐ Evidentiary Hearing   ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing  TSC

☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....   ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ..........  _____ ☐ filed ☐ docketed
☐ ..........  _____ ☐ filed ☐ docketed
☐ ..........  _____ ☐ filed ☐ docketed
☐ ..........  _____ ☐ filed ☐ docketed
☐ ..........  _____ ☐ filed ☐ docketed
☐ ..........  _____ ☐ filed ☐ docketed
☐ ..........  _____ Hearing continued until _____ at _____

Notes: Order to be drafted.