UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HAYLI COURTOIS<br>    Plaintiff | : | CIVIL NO. 3:22-CV-01249-KAD |
| | : | |
| VS. | : | |
| | : | |
| CENTRAL CONNECTICUT STATE<br>UNIVERSITY<br>    Defendant | : | FEBRUARY 27, 2024 |

## STATUS REPORT

The Court, *Oliver J.*, requested that the parties submit a status report following the parties' telephonic status conference held on February 6, 2024. On February 20, 2024, counsel for the Defendant submitted a status report confirming that both counsel needed to take three depositions which, due to various scheduling conflicts, could not be completed until March 30, 2024. Counsel also informed the court that additional time was needed to file dispositive motions.

On February 22, 2024, the undersigned counsel provided counsel for the Defendant with a written settlement demand. Counsel for the defendant is unable to respond to the settlement demand or confirm whether this matter would benefit from a referral to a settlement conference before a Magistrate Judge until the companion

matter with the State Claims Commissioner is resolved. Said matter is currently pending before the legislature pursuant to the Plaintiff's request for review.

                RESPECTFULLY SUBMITTED,
                PLAINTIFF,
                HAYLI COURTOIS

By: _____
     David R. Kritzman (ct07484)
     Beck & Eldergill, P.C.
     447 Center Street
     Manchester, CT 06040
     Email: dkritzman@beckeldergill.com

**CERTIFICATION**

I hereby certify that on the 27th day of February, 2024, a copy of the foregoing status report was sent by e-mail to all parties listed below:

Sheila J. Hall
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
Sheila.Hall@ct.gov

                                                /s/ 102579
                                                David R. Kritzman

LAW OFFICES
**BECK AND ELDERGILL, P.C.**
447 CENTER STREET • MANCHESTER, CT 06040 • (860)646-5606 • JURIS NO. 002702